UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
      Plaintiff,

v.

ONE BLUE 1997 MERCURY MOUNTAINEER
BEARING VIN 4M2DU55P1VUJ37791,
      Defendant.

CIVIL ACTION
NO. 98-11841-DPW

### SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

The Court having been advised that the above-entitled action has been settled with respect to all parties;

IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 45 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **JANUARY 3, 2002**.

All pending motions shall be terminated from the docket as denied without prejudice as moot in view of the settlement.

BY THE COURT,

*Rebecca Greenberg*
Deputy Clerk

DATED: NOVEMBER 16, 2001

