UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 98-11841-DPW<br>ONE BLUE 1997 MERCURY )<br>MOUNTAINEER BEARING VIN )<br>4M2DU55P1VUJ37791 AND MASS. )<br>REGISTRATION NO. F86-051, )<br>      Defendant. )<br>_____)<br>)<br>ALAN N. SCOTT, )<br>      Pro Se Claimant. ) | |

## JUDGMENT AND ORDER OF FORFEITURE

WOODLOCK, D.J.,

This Court having allowed the parties' Joint Motion for Judgment and Order of Forfeiture as to the above-captioned blue 1997 Mercury Mountaineer (the "Defendant Vehicle"), it is hereby

ORDERED, ADJUDGED and DECREED that:

1. Pursuant to 18 U.S.C. § 981(a)(1)(A), a judgment and order of forfeiture hereby is entered forfeiting the Defendant Vehicle to the United States;

2. As soon as practicable following the sale of the Defendant Vehicle, once this order has issued, the United States shall forward twenty-five percent (25%) of the net proceeds of the sale of the Defendant Vehicle to Kevin J. O'Dea, Esquire in accordance with the terms of the Stipulation of Settlement entered into by the parties to this action;

3. The net proceeds shall be calculated by deducting from



the sale price any costs and expenses associated with the storage and/or sale of the Defendant Vehicle, as well as the payoff amount for any existing lienholders on the Defendant Vehicle; and

3. The United States of America, through the Department of the Treasury, Internal Revenue Service, shall retain the remainder of the net proceeds of the sale in its secure custody and control, and shall dispose of them in accordance with law.

APPROVED AND SO ORDERED:

*/s/ Douglas P. Woodlock*
DOUGLAS P. WOODLOCK
United States District Judge

Date: December 10, 2001